**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1] CHAPTER 11

Debtor. CASE NO.: 09-34791-BKC-RBR
_______________________________________/

HERBERT STETTIN, Chapter 11 Trustee,

Adv. Pro. No. 10-03454-BKC-RBR-A

Plaintiff,

v.

REPUBLICAN PARTY OF FLORIDA,

Defendant.
_______________________________________/

***AGREED EX-PARTE* MOTION TO (I) ABATE ADVERSARY PROCEEDING PENDING APPROVAL OF SETTLEMENT AND (II) MOTION TO CONTINUE PRETRIAL CONFERENCE**

Plaintiff, Herbert Stettin, Chapter 11 Trustee for the Estate of Rothstein Rosenfeldt Adler, P.A. ("Trustee"), through his undersigned counsel, files this motion seeking entry of an Order abating this proceeding, the pretrial conference and all associated trial and pretrial deadlines, pending approval of the settlement reached with the Defendant (the "Motion"). This abatement is requested to permit the Defendant's Board of Directors to approve the tentative settlement reached by the parties. In support of the Motion, the Plaintiff states as follows:

1. On July 28, 2010, this proceeding was commenced upon the filing of the *Complaint To Avoid and Recover Fraudulent Transfers* (the "Complaint"). [D.E. 1].

2. On September 1, 2010, the Defendants filed an answer and affirmative defenses to the Complaint. [D.E. 12].

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is 6600 NW 16th Street, Suite 11, Plantation, FL 33313 (TIN 7961).

3. The parties have been involved in ongoing discovery and have reached a tentative settlement (the "Settlement"). However, the Settlement requires final approval by the Board of Directors of the Republican Party of Florida. The next scheduled board meeting is December 11, 2010.

4. The parties respectfully request that pretrial conference currently scheduled for November 23, 2010, all related pretrial deadlines, be continued until after the earlier of (i) the filing with the Court of a motion to approve the Settlement and the entry of an order on such motion, or (ii) December 24, 2010.

5. The Plaintiff submits that there will be no prejudice to any of the parties if this proceeding is abated as requested herein.

**WHEREFORE**, Plaintiff requests the Court enter an order in the form attached (i) abating this proceeding pending approval of the Settlement; and (ii) granting whatever further relief the Court deems just and proper.

Respectfully submitted,

BERGER SINGERMAN, P.A.
Attorneys for the Trustee, Herbert Stettin
Berger Singerman, P.A.
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Main Line: (954) 525-9900
Facsimile: (954) 523-2872

By: *_/s/ Charles H. Lichtman_*
Charles H. Lichtman, Esq.
Fla. Bar No. 501050
clichtman@bergersingerman.com
Stefanie C. Moon, Esq.
Fla. Bar No. 0074195
smoon@bergersingerman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Regular First Class Mail, postage prepaid, on this 17th day of November, 2010 to: Jason B. Gonzalez, Esq. and Douglas L. Kilby, Esq., Ausley & McMullen, P.A., 123 South Calhoun Street, P.O. Box 391, Tallahassee, Florida 32302.

By: *<u>/s/ Charles H. Lichtman</u>*
Charles H. Lichtman, Esq.

3179372-2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A., CHAPTER 11

Debtor. CASE NO.: 09-34791-BKC-RBR

______________________________________/

HERBERT STETTIN, Chapter 11 Trustee,

Adv. Pro. No. 10-03454-BKC-RBR-A

Plaintiff,

v.

REPUBLICAN PARTY OF FLORIDA,

Defendant.

______________________________________/

**ORDER GRANTING AGREED EX-PARTE MOTION TO (I) ABATE ADVERSARY PROCEEDING PENDING APPROVAL OF SETTLEMENT AND (II) MOTION TO CONTINUE PRETRIAL CONFERENCE**

THIS CAUSE came before the Court, without a hearing, on the upon the Agreed Ex-parte Motion to (i) Abate Adversary Proceeding Pending Approval of Settlement and (ii) Motion to Continue Pretrial Conference (the "Motion") [D.E. # ______]. The Court having reviewed the

Motion and the record and being otherwise advised in the premises,

ORDERS AND ADJUDGES as follows:

1. The Motion is Granted.

2. The instant adversary case is abated until after the earlier of (i) the filing with the Court of a motion to approve the Settlement, as defined in the Motion and the entry of an order on such motion, or (ii) December 24, 2010.

3. The Pretrial Conference currently scheduled for November 23, 2010 is cancelled.

4. The Pretrial Conference in this matter is continued to February 8, 2011 at 9:30 a.m at the U.S. Courthouse, 299 E. Broward Blvd., Room 308, Fort Lauderdale, Florida 33301.

# # #

Submitted by:

**BERGER SINGERMAN, P.A.**
Charles H. Lichtman, Esq.
350 East Las Olas Blvd. , Suite 1000
Fort Lauderdale, Florida 33301
Main Line: (954) 525-9900
Facsimile: (954) 523-2872

Copies to:

Charles H. Lichtman, Esq.
350 East Las Olas Blvd. , Suite 1000
Fort Lauderdale, Florida 33301